## Case No. 7,098.

### The ISABEL.

[2 Adm. Rec. 346.]

Superior Court, S. D. Florida. June 10, 1840.

Adam Gordon, for libellants.

Before MARVIN, Judge.

It was ordered, adjudged and decreed that the marshal sell the cargo of the brig Isabel, and bring the money arising from such sale into the office of the clerk of this court; that the clerk pay to the collector of this port the duties upon said cargo, and to the libellants $890, in compensation for their services in saving said brig and cargo; that he also pay the taxable costs and expenses of the suit, and keep the residue to satisfy such other claims upon it as the court may allow, and for the use and benefit of the owners thereof, until further order of this or an ap-

pellate court; and that the claim of the master of said brig to the said residue be disallowed.